

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

*Federal Center*                                716-843-5700
*138 Delaware Avenue*                       fax 716-551-3052
*Buffalo, New York  14202*    *Writer's Telephone:  716-843-5881*
                                       *Writer's fax:  716-551-3052*
                                     *Casey.Chalbeck@usdoj.gov*

August 22, 2025

**VIA HAND DELIVERY**
Hon. Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

        Re:    ***United States of America v. Gogolack, et al.,***
                 **Case Number: 23-CR-99-EAW**

Dear Judge McCarthy:

        Count 5 of the Second Superseding Indictment charges defendant Frank Knight with making a false statement on or about August 3, 2023, when he stated that co-defendant Howard Hinkle "was not at a poker game in Wellsville attended by Crystal Quinn on July 27, 2023, and that he did not think [Mr.] Hinkle was at the poker game, when in truth and in fact, and as [Mr.] Knight then and there well knew, [Mr.] Hinkle was at a poker game attended by Crystal Quinn on July 27, 2023." Sec. Super. Indict., at 35, ECF No. 24, (dated Jan. 5, 2024). On August 21, 2025, the Court concluded that defendant Frank Knight "made a sufficient showing to justify further inquiry into how the [Grand] [J]ury found probable cause to believe that he falsely told the FBI that [Mr.] Hinkle was not at [the poker] card game on July 27, 2023." Dec. & Order, at 3, ECF No. 566, (Aug. 21, 2025). Based on that showing, the Court advised that it would conduct an *in camera* examination of Grand Jury material pertinent to Count 5. *See generally id.* The government offers the following letter to identify Grand Jury materials responsive to the Court's review.[1]



---

      [1]      During oral argument, counsel for Mr. Knight consented to the government identifying responsive Grand Jury material to the Court through an *ex parte* letter. The government will file a sealing motion and, with the Court's consent, a redacted version of this letter on the public docket.

    [2]







Moreover,

We hope these materials assist your review.    Please do not hesitate to contact me with any questions, comments, or concerns.

Very truly yours,

BY:    CASEY L. CHALBECK
        Assistant United States Attorney

CC:

Chief Judge Elizabeth A. Wolford (unredacted letter)
Counsel of Record (redacted letter)