UNITED STATES DISTRICT COURT for the
WESTERN DISTRICT OF NEW YORK

———————————————————

UNITED STATES,

                Plaintiff,

v.

FRANK KNIGHT,

                Defendant.

———————————————————

<u>REPLY TO RESPONSE TO
OBJECTIONS TO MAGISTRATE'S
REPORT OF Aug. 27, 2025 [585]</u>

Case no.: 23-cr-099

STATE OF NEW YORK :
COUNTY OF ERIE    :  ss:

      BARRY J. DONOHUE, an attorney authorized to practice before this Court and licensed to practice law in the Courts of this State, affirms under penalty of perjury as follows:

      1.  I am attorney for defendant FRANK KNIGHT and make this affirmation for the purpose of replying to the Government's Response [635] to Defendant KNIGHT's Objections [599] to the Magistrate Court's Decision and Order [585].

      2.  The government's response refers multiple times to Hon. McCarthy's finding that there was probable cause to believe that KNIGHT's "initial statement to Special Agent Penna that he did not believe that Hinkle was at the July 27 poker game was intentionally false and 'material'".

      3.  KNIGHT did not raise the issues of intentional falsity or materiality of his *own* statements before the magistrate.  Rather KNIGHT claimed there must have been intentionally false testimony by a witness before the grand jury because the allegation at paragraph 60 page 20 of the Indictment is itself false. [24].

1

4.  The indictment says "On August 3, 2023, **KNIGHT** made false and misleading statements to the FBI, including that **HINKLE** had not been present at the July 27, 2023 poker game that **KNIGHT** had organized and that **GOGOLACK** and Crystal Quinn had attended."  This statement in the Indictment is unequivocally false.  It cannot be reconciled with the transcript of the conversation which tells us what KNIGHT actually said.

5.  Even if the witness recounting this conversation to the grand jury was candid and admitted that KNIGHT did not say HINKLE was not there, but only that KNIGHT "did not think" that HINKLE was there the above allegation in the Indictment is still false.  And even if the witness promptly told the grand jury that KNIGHT quickly and unequivocally recalled and told the government agent that HINKLE was there, the above allegation in the Indictment is still false.  And even if the witness recounting this conversation told the jury that he believed KNIGHT's poor recall and "did not think" statement were contrived, the above allegation in the Indictment is still false.  Thus there was a basis for KNIGHT to seek the Magistrate's review of the grand jury evidence for any evidence that the grand jury was intentionally misled.

6.  In order to conclude that the evidence before the grand jury was not false or intentionally misleading the Court was not required to comment on the falsity or materiality of KNIGHT's claimed contrivance.  KNIGHT's statement was not false on its face and the correction of his statement only minutes later renders the statement immaterial.  But these issues were not before the Magistrate.  The issue before the Magistrate was whether to disclose the grand jury minutes.

7.  The Magistrate concluded that the "the grand jury was not misled." [585] 4.  The only material available to defendant on this issue is that there is an allegation in the Indictment that is

2

false on its face and not otherwise reconcilable with the transcript of the statement of KNIGHT.

That the statement at paragraph 60 page 20 is false and not reconcilable with FRANK

KNIGHT's transcribed statement is neither speculation nor conjecture.

WHEREFORE, it is respectfully requested that the Court order the disclosure of the

grand jury minutes that relate in any way to FRANK KNIGHT.

Dated: October 1, 2025
Erie County, New York                         BARRY J. DONOHUE, ESQ.
                                              Attorney for plaintiff

                                              By:   /s/ Barry J. Donohue
                                                    Barry J. Donohue, Esq.
                                                    77 Broad Street
                                                    Tonawanda, New York 14150
                                                    (716) 693-0359
                                                    e-mail: barry@donohuelaw.com

To: Joseph Tripi, AUSA
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5839
e-mail: joseph.tripi@usdoj.gov

Nicholas Cooper, AUSA
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5712
e-mail: nicholas.cooper@usdoj.gov

Casey Chalbeck, AUSA
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5881
e-mail: casey.chalbeck@usdoj.gov

UNITED STATES DISTRICT COURT for the
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES,

                      Plaintiff,              SERVICE
                                             AFFIRMATION

v.

FRANK KNIGHT,                     Case no.: 23-cr-099

                    Defendant.

---

       The undersigned certifies that I am attorney for Defendant FRANK KNIGHT in the above matter and am of such age to serve papers.

       On October 1, 2025  I served a copy of the following by electronic service via CM/ECF:

       Reply dated October 1, 2025 of Barry J. Donohue.

       ADDRESSEE:

Joseph Tripi, AUSA
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5839
e-mail: joseph.tripi@usdoj.gov

Nicholas Cooper, AUSA
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5712
e-mail: nicholas.cooper@usdoj.gov

Casey Chalbeck, AUSA
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5881
e-mail: casey.chalbeck@usdoj.gov

       On October 1, 2025 I served a copy of the attached by: (  ) First Class United States Mail;

(   ) hand delivery; (   ) electronic mail; or, (   ) facsimile:

      ADDRESSEE: none.


Dated:    October 1, 2025          /s/Barry J. Donohue
                                          Barry J. Donohue
                                          Attorney for plaintiff
                                          77 Broad Street
                                          Tonawanda, New York 14150
                                          (716) 693-0359
                                          Barry@donohuelaw.com