UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

       v.

SIMON GOGOLACK a/k/a Greek,
PETER GERACE, JR.,
JOHN THOMAS ERMIN, a/k/a Tommy O,
MICHAEL RONCONE, a/k/a Cone,
FRANK KNIGHT, and
HOWARD HINKLE, JR., a/k/a Hard How,

       Defendant.
_____

**ORDER**

1:23-CR-00099 EAW

      Presently pending before the Court is a motion filed by defendant John Thomas Ermin, seeking disclosure of the unredacted search warrant application sworn to by FBI Special Agent Thomas V. Weis on December 5, 2023 (Dkt. 529), and defendant Michael Roncone's motion to join in the motion for disclosure of the unredacted search warrant application (Dkt. 536). The government filed a response in opposition on August 15, 2025. (Dkt. 557).

      NOW, as explained on the record at the appearance on September 29, 2025, and with no objection from the government, the motion is granted to the extent that an unredacted copy of the application of FBI Special Agent Thomas V. Weis shall be made available at the United States Attorney's Office, for review by the attorneys of record for defendants Ermin and Roncone. The review of these documents shall be <u>for attorneys' eyes only</u>; and it is further

- 1 -

- 2 -

ORDERED that the information contained in the unredacted application of FBI Special Agent Thomas V. Weis may not be further disclosed or disseminated to any individuals (including investigators and other members of the defense teams) without further application to and order of the Court; and it is further

ORDERED that an unredacted copy of the search warrant application sworn to by FBI Special Agent Adam Penna, dated October 22, 2023, shall be made available at the United States Attorney's Office, for review by the attorneys of record for defendant Frank Knight. The review of this document shall be <u>for attorneys' eyes only</u>; and it is further

ORDERED that the information contained in the unredacted application of FBI Special Agent Adam Penna may not be further disclosed or disseminated to any individuals (including investigators and other members of the defense teams), without further application to and order of the Court.

                                              ELIZABETH A. WOLFORD
                                              Chief Judge
                                              United States District Court

DATED:      October 3, 2025
              Rochester, New York