UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

      v.                                                    **ORDER**

SIMON GOGOLACK a/k/a Greek,                       1:23-CR-00099 EAW
PETER GERACE, JR.,
JOHN THOMAS ERMIN, a/k/a Tommy O,
MICHAEL RONCONE, a/k/a Cone,
FRANK KNIGHT, and
HOWARD HINKLE, JR., a/k/a Hard How,

           Defendant.

_____

On August 27, 2025, the Court entered an Order appointing Elizabeth Daniel Vasquez, of E. Daniel Vasquez Consulting, LLC, as Coordinating Discovery Attorney for court-appointed defense counsel. (Dkt. 586). Thereafter, on November 17, 2025, the Coordinating Discovery Attorney provided a First Status Report, informing the Court of the status of the processing of the discovery material and plans for provision of the discovery material to court-appointed defense counsel. (Dkt. 673).

NOW, as discussed on the record at the appearance on February 24, 2026, on or before Friday, March 6, 2026, the Coordinating Discovery Attorney shall provide a Second Status Report; and it is further

ORDERED that the Second Status Report shall specifically address the status of the provision of external hard drives containing discovery to court-appointed defense counsel, including a date certain by which those hard drives will be produced; and it is

- 1 -

further

ORDERED that the Second Status Report shall address whether the Coordinating Discovery Attorney has considered utilizing mechanisms other than external hard drives (*e.g.*, electronic production) for the production of discovery to court-appointed defense counsel.

SO ORDERED.

ELIZABETH A. WOLFORD
Chief Judge
United States District Court

DATED:    February 25, 2026
Rochester, New York

- 2 -