UNITED STATES DISTRICT COURT for the
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

     Plaintiff,

v.

FRANK KNIGHT,

     Defendant.

AFFIRMATION IN SUPPORT OF
MOTION FOR JOINDER

Case no.: 23-cr-099

---

STATE OF NEW YORK :

COUNTY OF ERIE  : ss:

 BARRY J. DONOHUE, an attorney authorized to practice before this Court and licensed to practice law in the Courts of this State, affirms under penalty of perjury as follows:

 1.  I am an attorney for defendant FRANK KNIGHT in the above-captioned action and make this affirmation in support of joinder.

 2.  Defendant Peter Gerace filed under seal a Supplemental Pretrial Memorandum addressing Brady disclosure violations that have come to the attention of the defense. (Dkt #868).

 3.  Defendant FRANK KNIGHT respectfully joins in the said Pretrial Memorandum. The Memorandum raises a number of matters and disclosures violating the government's Brady obligation and the Due Process Protections Act order in this case (Dkt. 30). As set forth in the Memorandum, the material in question was in the government's (i.e. case agent included) possession for a time period well before it was ever disclosed to the defense. The untimely

disclosure of this material now prejudices the defense as enumerated in the Gerace Supplemental Pretrial Memorandum.

4. Defendant FRANK KNIGHT joins and adopts the facts and case law set out in the Gerace Supplemental Pretrial Memorandum. Dkt. #868. The facts are supplemented here.

5. As the Court is aware, because of all the protective orders issued in this case, the public narrative is very different from the information under seal. As recently as Sunday an article appeared in the Buffalo News titled "Pharaoh's witness Crystal Quinn weeks before her death: 'They're going to get me.'"

6. However, there is ample evidence just as consistent with a self-inflicted accidental overdose or suicide. Some it is sampled here.

7. After CQ was arrested February 7, 2023 and while being transported by Agents Butera, Kammeraad, and Sciolina "QUINN stated that she tried to commit suicide in the past and something to the effect of her being arrested was not helping." Discovery Bates p. 92.

8. An affidavit from JOHN GREICO the boyfriend of CQ's mother said "I never believed this nor did Crystal but they kept on her about this saying that she would be sent to prison for 15 years...I know that the *FBI was very much aware of Crystal's psychological* medical condition. They knew of her medical diagnosis and her prescriptions. Crystal had said to me "I can't take this shit. They're going to make me do something I don't want to do. If anything happens to me it's because of the fucking Feds"...About a month ago Crystal left a suicide note for me, one for Sharon and another for Peter. One thing that Crystal wrote in these was "If anything happens to me it's because of the fucking Feds". Discovery Bates p. 9560, emphasis added.

9. An affidavit from CQ's mother said, "They threatened her continuously that if she didn't she would be sent to prison for 15 years...Not only did Crystal explain her medical history to *the FBI* but so did I. They *were told* that she suffered from depression, prior dependency problems, *suicidal tendencies* and so on. Crystal was on a host of medications including psychiatric drugs. Crystal would say to me on numerous occasions "They're breaking me Mom, they're breaking me"...About a month ago Crystal left a suicide note for me."  Discovery Bates p. 9556, emphasis added.

10 ██████████████████████████████████████████████████████████

11. June 9, 2023 CQ was drunk and paranoid and thrown out of ROBERT FERRINI's residence.  Discovery Bates p. 37204.

12. June 28, 2023 CQ is pleading with her probation officer not to violate her for testing positive for opiates.  "I'm so sorry if this doctor prescribes any kind of opiates I will tell him I'm not allowed to take them u will never have those in my system thank u  lillian I'm so sorry for letting u down but it will be the last".  Quinn phone 1A219 report p. 872.

13. July 9, 2023 CQ was texting with██████████████████about killing herself.  "Wanna talk about losing nice kill myself to fucking days ago I don't wanna fucking hear it."  Quinn phone 1A219 report p. 589.

14. July 16, 2023████████texts CQ, "And then show up here all fucked yo like your on heroin."  Quinn phone p. 380████████████████████████████████████████████.

15. July 24, 2023 CQ is texting her probation officer about her declining mental health. "this case is really effecting me and I feel like im just getting worse and worse with my mental health."  Quinn phone 1A219 report p. 1885.

16 ███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

17. July 30, 2023 CQ texts her lawyer to run interference for her with her probation officer, "There going to take me in and I'll piss dirty if they toss me" and "My mom said I was at my friend Lisa's house so say wherever in the". Quinn phone 1A219 report p. 50.

18. No FBI 302 wherein CQ's suicidal tendencies were reported to them by John Greico have been turned over.

19. No FBI 302 wherein CQ's suicidal tendencies were reported to them by CQ's mother have been turned over.

20. Consistent with the Gerace motion allegation that there has been a rush to judgment there were search warrant affidavits prepared within days of CQ's death. If those affidavits suggest that the manner of death was other than accidentally self inflicted death or suicide then it is the defense position that those affidavits are *Brady/Giglio* material.

21. If the government possesses any evidence consistent with accidentally self inflicted death or suicide, or consistent with a rush to judgment it is *Brady/Giglio* material.

WHEREFORE request is made to join the motion of Peter Gerace at 868.

Dated: April 21, 2026

/s/ Barry J. Donohue
Barry J. Donohue
Attorney for defendant KNIGHT
77 Broad Street
Tonawanda, New York 14150
(716) 693-0359
barry@donohuelaw.com